UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Hex Stone Incorporated, *in the Matter of the Title to the M/V MISS DIXIE*, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   Case No. 4:19cv536 UNA ) ) |
| JRC Marine, LLC, et al., | ) ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was filed on March 20, 2019 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable John M. Bodenhausen, United States Magistrate Judge, under cause number 2:19cv00024.

**IT IS FURTHER ORDERED** that cause number 4:19cv536 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: March 20, 2019                    By: /s/ Michele  Crayton
                                              Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:19cv00024 JMB.**